FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 10 PM 12: 21

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

### NEW ORLEANS DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MONICA LEE TUGS, INC. AND FAITH TOWING, INC., OWNER/OPERATOR OF THE M/V FAITH | CIVIL ACTION<br><br>NO. 03-2474<br><br>SECTION "D" (3)<br>JUDGE MCNAMARA<br><br>MAGISTRATE KNOWLES |

## ORDER

The Joint Motion for Partial Dismissal of all Claims of Eric Bennett against Monica Lee Tugs, Inc. and Faith Towing, Inc. in Civil Action No. 03-2474 having been considered;

**IT IS HEREBY ORDERED** that all claims of Eric Bennett against Monica Lee Tugs, Inc. and Faith Towing, Inc. in Civil Action No. 03-2474 be and the same hereby are dismissed with prejudice as of compromise and settlement, each party to bear their own respective costs.

New Orleans, Louisiana, this __7__ day of __April__, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No____