FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 10 PM 12: 20

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

### NEW ORLEANS DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF MONICA LEE TUGS, INC. AND FAITH TOWING, INC., OWNER AND OPERATOR OF THE M/V FAITH FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NO. 03-2474<br><br>SECTION "D" (3)<br>JUDGE MCNAMARA<br><br>MAGISTRATE KNOWLES |

## **ORDER**

The Joint Motion of Dismissal of claimant, John Wesley Cade, Jr., and complainants, Monica Lee Tugs, Inc. and Faith Towing, Inc., having been considered;

**IT IS HEREBY ORDERED** that all claims of John Wesley Cade, Jr., in the captioned litigation against complainants, Monica Lee Tugs, Inc. and Faith Towing, Inc., be and the same hereby are dismissed, with prejudice, each party to bear its own respective costs.

New Orleans, Louisiana, this __7__ day of __April__, 2006

_____
UNITED STATES DISTRICT JUDGE

- 3 -

___ Fee_____
___ Process___
_X_ Dktd_____
___ CtRmDep__
___ Doc. No___