FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 10  PM 12: 20

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| JOHN W. CADE | CIVIL ACTION |
| VERSUS | NO. 03-2380 c/w 03-2474 |
| MONICA LEE TUGS, INC., MONICA LEE TOWING, INC., FAITH TOWING, INC. AND BUSINELLE TOWING CORPORATION | SECTION "D" (3) JUDGE MCNAMARA  MAGISTRATE KNOWLES |

## ORDER

The Joint Motion of Dismissal of plaintiff, John Wesley Cade, Jr., and defendants, Monica Lee Tugs, Inc., Faith Towing, Inc., Monica Lee Towing, Inc. and Boston Old Colony Insurance Company, having been considered;

**IT IS HEREBY ORDERED** that all claims of John Wesley Cade, Jr., in the captioned litigation against defendants, Monica Lee Tugs, Inc., Faith Towing, Inc., Monica Lee Towing, Inc. and Boston Old Colony Insurance Company, be and the same hereby are dismissed, with prejudice, each party to bear its own respective costs.

- 3 -

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No

New Orleans, Louisiana, this __7__ day of __April__, 2006

_____
UNITED STATES DISTRICT JUDGE